RECEIVED

MAR 21 2024

CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

WESTERN DIVISION

ZENAIDA ANN GONZALES
(Enter your full name)
    Plaintiff(s)

CASE NUMBER: SA24CA0291 FB
(Supplied by Clerk's Office)

TARGET CORPORATION
(Enter full name of each Defendant)
    Defendant(s)

## COMPLAINT

1. Zenaida Ann Gonzales lives at 1138 Chalmers Avenue, San Antonio, Texas, 78211. She lives with family at this address. She is a resident of the State of Texas.

2. Target Corporation is located in Minnesota. The address of the corporate headquarters is 1000 Nicollet Mall, Minneapolis, Minnesota 55403. The business is located in the State of Minnesota.

3. Plaintiff and Defendant live in separate states. Defendant does business and has locations in Texas, but its main headquarters is located in Minneapolis Minnesota.

4. Zenaida Ann Gonzales had a Target credit card. Charges appeared on her credit card while she worked for a temporary company. She notified Target Corporation that these were false charges. Target sent a fraud form by postal mail. Zenaida Gonzales completed the form and faxed it. Target removed some of the charges but not all. Zenaida Gonzales submitted a second fraud form and has received no response since July 2023. Now, this charge is on her credit report and has caused Plaintiff to miss out on several temporary jobs due to her negative Target debt. Target refuses to remove the charges.

5. Zenaida Ann Gonzales applied for Habitat for Humanity and qualified. Her folder was sent to the construction department so she and her two minor children could start their 300 hundred hours of sweat equity. Plaintiff was informed on March 5, 2024 she no longer qualified due to this bad debt. Plaintiff went to Target to made the payment. Now Plaintiff will have to restart the application process which takes several months all over again. Plaintiff paid for these fraudulent charges in the hopes she could continue in the Habitat for Humanity program.

Plaintiff Zenaida Gonzales wants her $623.48 reimbursed by cashier check. Plaintiff wants Defendant to notify Equifax, Experian and Transunion that this is not bad debt. It was fraudulent charges and should have never been on Zenaida Gonzales's credit report. Plaintiff wants Defendant to reimburse the Court for all court costs due to having to file this suit.

_____
Signature
Zenaida Ann Gonzales
1138 Chalmers Avenue
San Antonio, Texas, 78211
210-389-6797

Rev. Ed. October 26, 2017

27



```
SW Military Drive - 210-977-8552
       2810 SW Military Dr
   San Antonio, Texas 78224-1032
       03/05/2024 06:01 PM

           PAYMENT ON ACCOUNT

TARGET MASTERCARD
ACCT# *8991
MASTERCARD                        $623.48
                    SUBTOTAL      $623.48
                       TOTAL      $623.48

                CASH PAYMENT      $625.00

                  CHANGE DUE        $1.52

        REC# POA-4065-0771-0124-4111
```





**RedCard Ending In:** 8991
Account Identification Number: 00070380327
ZENAIDA A GONZALES

Statement Closing Date: July 6, 2023
Page 1 of 2

| Summary of Account Activity | |
|---|---|
| Previous Balance | $529.09 |
| Payments and Other Credits | -$0.00 |
| Purchases and Other Debits | +$0.00 |
| Cash Advances | +$0.00 |
| Past Due Amount | $529.09 |
| Fees Charged | +$41.00 |
| Interest Charged | +$12.39 |
| New Balance | $582.48 |
| Total Credit Limit | $0.00 |
| Cash Limit | $0.00 |
| Available Credit | $0.00 |
| Portion Available for Cash | $0.00 |
| The Cash Limit is a portion of the Total Credit Limit | |
| Statement Closing Date | 7/6/2023 |
| Days in Billing Cycle | 30 |

| Payment Information | |
|---|---|
| New Balance | $582.48 |
| Minimum Payment Due | $582.48 |
| Payment Due Date | 8/3/2023 |

Late Payment Warning: If we do not receive your minimum payment by the date listed above, you may have to pay up to a $41.00 late fee.

If you would like information about credit counseling services, call 1-800-991-8433.

**For questions, an address change or to report a lost or stolen card, go online or call us:**

| | |
|---|---|
| Manage My RedCard | Target.com/myRedCard |
| Target Card Services | 1-800-424-6888 |
| TDD/TDY | 1-800-347-5842 |
| Outside the U.S. | 1-612-815-9922 (Call Collect) |

*Calling will not preserve your billing-error rights*

### Important Messages

**Account Seriously Past Due**
If we don't set up payment arrangements for your RedCard soon, we may charge off your account and report it to the credit bureaus as bad debt. There's still time to work with us to try to find a solution for your account, but we need to hear from you right away. Give us a call at 888-608-7627 or go to Target.com/myRedCard.

---

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION
INCLUDE THIS PORTION WITH YOUR PAYMENT MADE PAYABLE TO TARGET CARD SERVICES



NEW PHONE, HOME OR E-MAIL ADDRESS? PLEASE UPDATE ON REVERSE SIDE.

**OFFICE COPY**

TARGET CARD SERVICES
P.O. BOX 660170
DALLAS TX 75266-0170

| | |
|---|---|
| Account Number Ending In | 8991 |
| Account Identification Number | 00070380327 |
| New Balance | $582.48 |
| Minimum Payment Due | $582.48 |
| Payment Due Date | August 3, 2023 |

Amount Enclosed $ **623.48**

*Fraudlent Charges Preventing me from getting a Habitat Home* [handwritten]

ZENAIDA A GONZALES
1138 CHALMERS AVE
SAN ANTONIO TX 78211-1614

8000000058248005824890777700007038032767 1